United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT COMMUNICATIONS CO., LP,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendant. | Case No.  15-mc-80005-KAW<br><br>**ORDER REGARDING UNUSABLE CHAMBERS COPIES**<br><br>Re: Dkt. Nos. 10 & 11 |

PLEASE TAKE NOTICE that the chambers copy of Sprint's Administrative Motion to File its Opposition Under Seal was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐ consists of a stack of loose paper wrapped with a rubber band;

☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

X has no tabs for the voluminous exhibits;

☐ includes exhibits that are illegible;

☐ includes exhibits that are unreadable because the print is too small;

☐ includes text and/or footnotes in a font smaller than 12 point;

☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

X is not usable for another reason –  The chambers copy does not comply with Civil L.R. 79-5(d)(1)(D), as it is impossible to identify from the unredacted version which material Sprint seeks to redact. Additionally, upon a cursory review, the unredacted and redacted versions

1 of the opposition have different pagination, and, thus, appear to be different versions of the same
2 document. If that observation is accurate, Sprint must file an amended opposition on or before
3 **February 18, 2015**. Additionally, Sprint must file a proposed order to seal that complies with
4 Civil L.R. 79-5(d)(1)(B), and submit a Word document via email in accordance with the Court's
5 Standing Order. Lastly, the Court would prefer to have the redacted and unredacted versions
6 separated into two, distinct courtesy copies secured with brad-like fasteners with all exhibits
7 tabbed.

8 The paper used for the above-described chambers copy has been recycled by the court.
9 Sprint shall submit a chambers copy in a format that is usable by the court no later than **February
10 20, 2015**.

11 IT IS SO ORDERED.

12 Dated: February 17, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge