1  Shane Brun (SBN 179079)
   *sbrun@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
3  San Francisco, California 94111-4003
   Tel.: 415.733.6000
4  Fax.: 415.677.9041

5  Attorney for Non-Party
   CISCO SYSTEMS, INC.
6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12
   | | |
   |---|---|
   | SPRINT COMMUNICATIONS CO., LP <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CABLE COMMUNICATIONS, LLC, et al., <br><br> Defendants. | Case No. 4:15-mc-80005-KAW <br><br> Actions pending in the United States District Court for the District of Kansas (2:11-cv-02684, 2:11-cv-2685, 2:11-cv-2586) <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CISCO'S REPLY TO SPRINT'S RESPONSE TO MOTION FOR PROTECTIVE ORDER** <br><br> Judge: Hon. Kandis Westmore |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CISCO'S REPLY TO SPRINT'S
RESPONSE TO MOTION FOR PROTECTIVE ORDER
Case No. 4:15-mc-80005-KAW          1

1   Pursuant to Local Rule 7-12, Applicant Cisco Systems, Inc. ("Cisco") and Plaintiff Sprint
2   Communications Co., Inc. ("Cisco"), by and through their counsel of record, stipulate that the
3   deadline for Cisco's Reply to Sprint's Response to Cisco's Motion for Protective Order be moved
4   from February 17, 2015 to March 3, 2015 for the reasons set forth in the attached declaration.
5   IT IS SO STIPULATED.
6   Dated: February 17, 2015.                              Respectfully submitted,

                                                          GOODWIN PROCTER LLP

                                                          By: */s/ Shane Brun*
                                                              Shane Brun (SBN 179079)

                                                          Attorney for Applicant
                                                          CISCO SYSTEMS, INC.

                                                          SHOOK, HARDY & BACON, LLP


                                                          By: */s/ Rachel M. Smith*
                                                              Rachel M. Smith (SBN 257866))

                                                          Attorney for Plaintiff
                                                          SPRINT COMMUNICATIONS CO., LP

16   Pursuant to General Order No. 45.X.B., the filer attests that concurrence in the filing of
17  this document has been obtained from the above Signatory.
18  Dated: February 17, 2015.

                                                          By: */s/ Shane Brun*
                                                              Shane Brun (SBN 179079)

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CISCO'S REPLY TO SPRINT'S
RESPONSE TO MOTION FOR PROTECTIVE ORDER
Case No. 4:15-mc-80005-KAW             2

1  PURSUANT TO THE STIPULATION, IT IS ORDERED THAT the deadline for Cisco's
2  Reply to Sprint's Response to Cisco's Motion for Protective Order is set for March 3, 2015.
3  **IT IS SO ORDERED.**
4  Dated: February  17 , 2015.

_____
HON. KANDIS A. WESTMORE
United States District Judge